**NOT FOR PUBLICATION**

# In the

# United States Court of Appeals

## For the Eleventh Circuit

_____

No. 25-12731

Non-Argument Calendar

_____

FELISSA GRISSETT,

*Plaintiff-Appellant,*

*versus*

ARMY,

UNITED STATES ARMED FORCES,

DEPART OF JUSTICE,

DEPART OF DEFENSE,

ARMY BOARD OF MILITARY CORRECTION, et al.,

*Defendants-Appellees.*

_____

Appeal from the United States District Court
for the Northern District of Georgia
D.C. Docket No. 1:25-mi-00056-MHC

_____

Before BRANCH, LUCK, and LAGOA, Circuit Judges.

2                       Opinion of the Court                    25-12731

PER CURIAM:

This appeal is DISMISSED, sua sponte, for lack of jurisdiction. The day after filing the complaint that initiated this action, Felissa Grissett, pro se, filed a notice of appeal. The district court had not yet entered any order. The notice appears to complain of the assigned district judge and the fact that the action was designated on the court's docket as "miscellaneous" rather than "civil." The court later entered an order dismissing the action as frivolous.

We lack jurisdiction over this appeal because the notice of appeal was filed before the district court entered or announced any order. *See* 28 U.S.C. § 1291 (providing that appellate jurisdiction is generally limited to final decisions of the district courts); Fed. R. App. P. 3(c)(1)(B) (providing that a notice of appeal must designate the judgment or appealable order from which the appeal is taken); *Bogle v. Orange Cnty. Bd. of Cnty. Comm'rs*, 162 F.3d 653, 661 (11th Cir. 1998) (explaining that a notice of appeal is ineffective to appeal a contemplated future order or judgment that does not exist at the time the notice of appeal is filed, unless the decision or order was already announced).

All pending motions are DENIED as moot.